The State of Missouri, Defendant in Error, v. George W. Bell, Plaintiff in Error.

Kansas City Court of Appeals, November 18, 1895.

Criminal Law: DISTURBING PEACE: INFORMATION. The information in this case is *held* insufficient under the ruling in *State v. Gallego,* 57 Mo. App. 515.

*Error to the Harrison Circuit Court.*—Hon. Paris C. Stepp, Judge.

Reversed.

*Sallee & Goodman* for plaintiff in error.

The information charges that the defendant disturbed the peace of an individual by indecent and offensive conversation, and is in the identical same words as used in *State v. Gallego,* 57 Mo. App. 515, which was held to state no offense.

Smith, P. J.—The information in this case is based on section 3784, Revised Statutes, 1889. The language

employed in attempting to charge the statutory offense is precisely like that in *State v. Gallego*, 57 Mo. App. 515, which was there held insufficient.

Following our ruling in that case, we must hold that the present information is fatally defective and will not support the judgment of the trial court, which must accordingly be reversed. All concur.